# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. _19-MJ-_____  Date _12/12/19_

USAO No. _____

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ___ Removal Proceedings in

United States v. _Socrates Acosta-_____

The Complaint/~~Rule 40 Affidavit~~ was filed on _Jun 4, 2019_

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

Michael Neff
(Print name)

**SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

DEC 1 2 2019
DATE

Distribution:  White → Court   Yellow → U.S. Marshals   Green → Pretrial Services   Pink → AUSA Copy